GERALD WOLFE (SBN 180599)
LAW OFFICE OF GERALD WOLFE
19600 FAIRCHILD ROAD, SUITE 295
IRVINE, CALIFORNIA 92612
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

Attorney for Debtors
DON WILLIS AND SHARON WILLIS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DON WILLIS,<br>SHARON WILLIS<br><br>           Debtors. | Case No. 6:10-BK-19729-EC<br><br>Chapter 11<br><br>NOTICE OF CLAIMS BAR DATE;<br>DEADLINE TO FILE DISCLOSURE<br>STATEMENT AND PLAN;<br><br>Judge: ELLEN CARROLL |

**TO: CREDITORS OF THE ABOVE-ENTITLED CHAPTER 11 CASE AND U.S. TRUSTEE**

### NOTICE OF CLAIMS DEADLINE

**PLEASE TAKE NOTICE THAT** the Bankruptcy Court has set a deadline of **September 2, 2010** for creditors and holders of ownership interests in the above-referenced debtor to file proofs of claim

NOTICE OF CLAIMS BAR DATE, DISCLOSURE STATEMENT AND PLAN DEADLINE - 1

against or proofs of interests in the debtor's estate.

The exceptions to filing proofs of claim or interests are (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; and (3) claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code.

For claims arising from the rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. Section 365, the last day to file a claim is: (a) 30 days after the entry of order authorizing the rejection, or (b) **September 2, 2010**, whichever is later.

For claims of "governmental units," as that term is defined 11 U.S.C. Section 101(27), proofs of claim are timely if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by **September 2, 2010**, whichever is later.  11 U.S.C. Section 509 (b)(9).

For claims arising from the avoidance of a transfer under a Chapter 5 of the Bankruptcy Code, the last day to file a claim is:  (a) 30 days after entry of judgment avoiding the transfer, or (b) **September 2, 2010**, whichever is later.

If you are listed in the Schedules of Assets and Liabilities of debtor and your claim is not scheduled as disputed, contingent, or unliquidated or unknown, your claim or interest is deemed filed in the schedules, and the filing of the proof of claim is

NOTICE OF CLAIMS BAR DATE, DISCLOSURE STATEMENT AND PLAN DEADLINE - 2

unnecessary if you agree that the amount scheduled is correct and that the category in which your claim is schedule (secured, unsecured, preferred stock, common stock, *etc*.) is correct.  11 U.S.C. 1111(a).

If your claim or interest is not listed on the schedules <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim or interest, you must file a proof claim or interest.

The proof of claim or interest should be filed at Clerk:  U.S. Bankruptcy Court, 21401 Burbank Blvd., Woodland Hills, CA 91367.

**Failure of a creditor or interest holder to file a timely proof of claim or interest on or before the deadline may result in disallowance of a claim or interest or subordination under the terms of plan of reorganization without further notice or hearing.  11 U.S.C. Section 502(b)(9).  Creditors and interest holders may wish to consult an attorney to protect their rights.**

///
///
///

NOTICE OF CLAIMS BAR DATE, DISCLOSURE STATEMENT AND PLAN DEADLINE - 3

**NOTICE OF DEADLINE FOR FILING DISCLOSURE STATEMENT AND PLAN**

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court has set a deadline of **October 15, 2010** for Debtor In Possession to file a disclosure statement and plan.  The Debtor In Possession has an exclusive right to file a disclosure statement and plan until that date; thereafter any party in interest including the Debtor and Debtor In Possession may file a disclosure statement and plan.

Dated:  July 1, 2010

_____/s/ Gerald Wolfe_____
GERALD WOLFE, Attorney for Debtors'