```
GERALD WOLFE (SBN 180599)
LAW OFFICE OF GERALD WOLFE
19600 FAIRCHILD ROAD, SUITE 295
IRVINE, CALIFORNIA 92612
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

Attorney for Debtors
DON AND SHARON WILLIS
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DON AND SHARON WILLIS<br><br>　　　　　　　　Debtors. | Case No. 6:10-BK-19729<br><br>DECLARATION OF GERALD WOLFE RE: NON-OPPOSITION OF DEBTORS' APPLICATION FOR EMPLOYMENT OF LAW OFFICE OF GERALD WOLFE<br><br>Judge: ELLEN CARROLL<br>Courtroom: 225 |

I, GERALD WOLFE, hereby declare as follows:

1.  I have personal knowledge of the within and could and would competently testify thereto if so requested. I am the principal attorney in the LAW OFFICE OF GERALD WOLFE (the "Firm") and am authorized to make this declaration on its behalf;

2.  This declaration is made regarding the non-opposition of the Debtors DON AND SHARON WILLIS ("Debtors") Application of the Employment of the Firm in this case;

3.  The Debtors filed the above-captioned Chapter 11 bankruptcy case on April 1, 2010;

4.  On May 17, 2010 the Debtors filed their Application for Employment of the Law Office of Gerald Wolfe;

5.  On June 24, 2010 the Debtors filed the notice of motion/application for Employment of the Law Office of Gerald Wolfe;

5.  As of August 9, 2010 no interested party has filed any objection to the employment of the Law Office of Gerald Wolfe as general bankruptcy counsel;

6.  On August 9, 2010 an Order granting Debtors application to employ the Law Office of Gerald Wolfe was lodged with the Court.

7.  Attached hereto as Exhibit "1" is the Notice of Motion/Application for Employment of the Law Office of Gerald Wolfe.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct

Dated:  August 9, 2010

____/s/ Gerald Wolfe_____
GERALD WOLFE, Attorney for Debtors

# EXHIBIT "1"

GERALD WOLFE (SBN 180599)
LAW OFFICE OF GERALD WOLFE
19600 FAIRCHILD ROAD, SUITE 295
IRVINE, CALIFORNIA 92612
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

Attorney for Debtors
DON AND SHARON WILLIS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DON AND SHARON WILLIS<br><br>Debtors. | Case No. 6:10-BK-19729-EC<br><br>CHAPTER 11<br><br>NOTICE OF DEBTORS AND DEBTORS IN POSSESSION DON AND SHARON WILLIS APPLICATION FOR EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL<br><br>Judge: ELLEN CARROLL<br>Courtroom: 225<br><br>[Local Bankruptcy Rule 2014-1(b)(1)] |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE and other interested parties:

PLEASE TAKE NOTICE that Debtors and Debtors In Possession, DON AND SHARON WILLIS has filed an Application for an order approving the employment of the LAW OFFICE OF GERALD WOLFE ("Firm") as their General Bankruptcy Counsel in the above-entitled Chapter 11 case before the HONORABLE ELLEN CARROLL in

NOTICE OF APPLICATION OF EMPLOYMENT - 1

1 | Courtroom 225 of the United States Bankruptcy Court - Central
2 | District of California Riverside Division located at 3420
3 | Twelfth Street, Riverside, California 92501-3819.  This
4 | Application for employment is made pursuant to 11 U.S.C. Section
5 | 327, and Bankruptcy Rule 2014 and for compensation pursuant to
6 | 11 U.S.C. Section 328 and is based upon the filed Application
7 | and Declaration of Gerald Wolfe in support thereof.
8 |     Debtors and Debtors-In-Possession apply to employ the Firm
9 | pursuant to a retainer agreement and to compensate the Firm
10 | pursuant to standard hourly rates variable to specific member of
11 | the Firm working on the case; this rate may from time to time be
12 | adjusted during the pendency of this Chapter 11 case. The
13 | initial rate quoted to the Debtors for the principal of the
14 | Firm, Gerald Wolfe is $450 per hour and for other members of the
15 | Firm are $350 per hour and $275 for junior members of the Firm.
16 | Debtors have agreed to pay a $15,000 retainer to pay for legal
17 | fees and expenses associated with this case; $5,000 of which has
18 | been paid so far and deposited in a client-trust account. As of
19 | May 16, 2010 approximately $10,000 is still due and owing on the
20 | retainer.  The retainer is intended to cover fees and expenses
21 | incurred pre-petition and a portion of the fees and expenses
22 | incurred post-petition.
23 |     PLEASE TAKE FURTHER NOTICE that pursuant to Local
24 | Bankruptcy Rule 2014- (b)(3)(D), the complete Application has
25 | been filed with the Court and a complete copy of the Application
26 | may be obtained from the Court, or by written request to the
27 | undersigned attorney whose name and address appears on the face
28 | page of this Notice.

NOTICE OF APPLICATION OF EMPLOYMENT - 2

1  PLEASE TAKE FURTHER NOTICE that pursuant to Local
2  Bankruptcy Rule 2014-(b)(3)(E) and 9015-1(f)(1) any response in
3  the Application and request for hearing must be filed with the
4  Court and served on the Debtors, their counsel, the Attorney
5  listed on the face page of this Notice, and the United States
6  Trustee not later than 15 days from the date of the service of
7  this Notice.  The response must be a "complete written statement
8  of all reasons in opposition thereto, in support or joinder
9  thereof, declarations and copies of all photographs and
10 documentary evidence on which the responding intends to rely,
11 and any responding memorandum of points and authorities."  Local
12 Bankruptcy Rule 9015-1(f)(1).
13
14
15
16 Dated:  June 24, 2010
17
18
19     /s/ GERALD WOLFE
20 GERALD WOLFE
21 Attorney for Debtor
22
23
24
25
26
27
28

| In re: DON AND SHARON WILLIS | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:10-19729 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
19600 Fairchild Rd. Ste 295
Irvine, Ca 92612

A true and correct copy of the foregoing document described _____ NOTICE OF DEBTORS AND DEBTORS IN POSSESSION DON AND SHARON WILLIS APPLICATION FOR EMPLOYMENT OF GENERAL BANKRUPTCY COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (RS)
Ustpregion16.rs.ecf@usdoj.gov

Misty A Perry Isaacson Attorney for U.S. Trustee (RS)
misty.isaacson@usdoj.gov

Deborah Conley
bkmail@prommis.com

Gerald Wolfe
Gerald@gwesq.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __June 24, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
Hon. Ellen Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/24/2010 | Susie Lopez | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                              F 9013-3.1

```
Label Matrix for local noticing          Employment Development Dept.           Franchise Tax Board
0973-6                                   Bankruptcy Group MIC 92B               ATTN: Bankruptcy
Case 6:10-bk-19729-EC                    P.O. Box 826880                        P.O. Box 2952
Central District Of California           Sacramento, CA 94280-0001              Sacramento, CA 95812-2952
Riverside
Thu Jun 24 11:19:30 PDT 2010

(p)INTERNAL REVENUE SERVICE              Securities & Exchange Commission       Riverside Division
CENTRALIZED INSOLVENCY OPERATIONS        5670 Wilshire Blvd., 11th Floor        3420 Twelfth Street,
PO BOX 21126                             Los Angeles, CA 90036-5627             Riverside, CA 92501-3842
PHILADELPHIA PA 19114-0326


America's Servicing Company              America's Servicing Company            Americas Servicing Co.
Bankruptcy Department                    P.O. Box 10328                         P.O. Box 60768
3476 Stateview Blvd                      Des Moines, IA 50306-0328              Los Angeles, CA 90060-0768
Fort Mill, SC 29715-7203


Bank of America                          Best Buy (HSBC)                        Capital Management Services
PO Box 15026                             PO Box 15521                           726 Exchange Street, Ste. 700
Wilmington, DE 19850-5026                Wilmington, DE 19850-5521              Buffalo, NY 14210-1464


Capital One                              Capital One Bank (USA), N.A.           Chase
PO Box 30285                             by American Infosource Lp As Agent     PO Box 15298
Salt Lake City, UT 84130-0285            PO Box 71083                           Wilmington, DE 19850-5298
                                         Charlotte, NC 28272-1083


Chase Bank USA, N.A.                     Chevron/Texaco                         Citibank
PO Box 15145                             PO Box 530950                          PO Box 6000
Wilmington, DE 19850-5145                Atlanta, GA 30353-0950                 The Lakes, NV 89163-0001


ExxonMobil                               GE Money Bank                          GE Money Bank
PO Box 688940                            Attn: Bankruptcy Dept.                 PO Box 981430
Des Moines, IA 50368-8940                PO Box 103104                          El Paso, TX 79998-1430
                                         Roswell, GA 30076-9104


GE MoneyBank                             HSBC Bank Nevada, N.A.                 Household Bank Platinum (HSBC)
Attn: Bankruptcy Dept.                   by PRA Receivables Management, LLC     PO Box 80084
PO Box 103104                            PO Box 12907                           Salinas, CA 93912-0084
Roswell, GA 30076-9104                   Norfolk VA 23541-0907


JC Penny's                               Litton Loan Servicing                  Orange County's Credfit Union
PO Box 960090                            Bankruptcy Department                  PO Box 11777
Orlando, FL 32896-0090                   4828 Loop Central Drive                Santa Ana, CA 92711-1777
                                         Houston, TX 77081-2212


Orange County's Credit Union             Sam's Club Discover                    Shell
PO Box 11777                             PO Box 960013                          PO Box 689151
Santa Ana, CA 92711-1777                 Orlando, FL 32896-0013                 Des Moines, IA 50368-9151
```

Union76/Phillips 66/Conoco-76
PO Box 689140
Des Moines, IA 50368-9140

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501-2804

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765


Wells Fargo Bank, N.A.
Bankruptcy Department
3476 Stateview Blvd
X7801-014
Ft. Mill, SC 29715-7203

Wells Fargo Bank, National Association
P. O. Box 13765, R4057-01P
Roanoke, Va 24037-3765

Wells Fargo Home Mortgage
P.O. Box 900001
Raleigh, NC 27675-9001


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335

Don Willis
3800 Juliette Circle
Corona, CA 92881-8447

Gerald Wolfe
19600 Fairchild Rd Ste 295
Irvine, CA 92612-2518


Gerald Wolfe
Law Office of Gerald Wolfe
19600 Fairchild Rd Ste 295
Irvine, CA 92612-2518

Sharon M Willis
3800 Juliette Circle
Corona, CA 92881-8447


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

Wachovia Mortgage
PO Box 96074
Charlotte, NC 28296-0074


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

(u)CPU/CBSD

End of Label Matrix
Mailable recipients    40
Bypassed recipients    2
Total    42

| In re: DON AND SHARON WILLIS | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-19729 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
19600 Fairchild Rd. Ste 295
Irvine, Ca 92612

A true and correct copy of the foregoing document described _____ DECLARATION OF GERALD WOLFE RE: NON-OPPOSITION OF DEBTORS' APPLICATION FOR EMPLOYMENT OF LAW OFFICE OF GERALD WOLFE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 9, 2010 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (RS)
Ustpregion16.rs.ecf@usdoj.gov

Misty A Perry Isaacson Attorney for U.S. Trustee (RS)
misty.isaacson@usdoj.gov

Deborah Conley
bkmail@prommis.com

Gerald Wolfe
Gerald@gwesq.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___August 9, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail**
Honorable Ellen Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/9/2010 | Susie Lopez | /s/ Susie Lopez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              F 9013-3.1