UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Don and Sharon Willis<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number:                    6:10-bk-19729-ec |
| | Operating Report Number:                              5 |
| | For the Month Ending:                            10-Aug |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        52,626.22

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS                                                 49,881.27

3.  BEGINNING BALANCE:                                           2,168.46

4.  RECEIPTS DURING CURRENT PERIOD:                             11,967.99

5.  BALANCE:                                                    14,136.45

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD            11,359.52

7.  ENDING BALANCE:                                             2,776.93

8.  General Account Number(s):                      888656782

    Depository Name & Location:           Chase Bank
                                          Harbor Blvd, Garden Grove, CA

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/3/2010 | 1211 | City of Corona | Water | 300.00 |
| 8/5/2010 | 1241 | Martinez Landscaping | Lawn | 125.00 |
| 8/5/2010 | 1243 | Martinez Landscaping | Lawn | 125.00 |
| 8/20/2010 | 1244 | Evie Hart | Proofing/Printing Transcript | 100.00 |
| 8/23/2010 | 1245 | City of Corona | Water | 429.37 |
| 8/2/2010 | 1271 | Steno Dr. | Steno Machine tray replacement | 81.56 |
| 8/2/2010 | 1272 | Mema's Daycare | Daycare | 150.00 |
| 8/4/2010 | 1273 | DMV | Registration | 418.00 |
| 8/3/2010 | 1274 | US Trustee | Trustee | 325.00 |
| 8/2/2010 | 1275 | Kohl's | Back-to-school clothes | 62.40 |
| 8/2/2010 | 1277 | Kohl's | Back-to-school clothes | 8.31 |
| 8/4/2010 | 1278 | Stater Bros | Groceries | 106.40 |
| 8/9/2010 | 1279 | Mema's Daycare | Daycare | 150.00 |
| 8/13/2010 | 1280 | Home Party | Birthday - gift | 10.00 |
| 8/10/2010 | 1281 | Smart & Final | Groceries-Household Supplies | 219.60 |
| 8/10/2010 | 1282 | Costco | Groceries-Household Supplies | 230.72 |
| 8/11/2010 | 1283 | Walmart | Groceries-Household Supplies | 45.82 |
| 8/16/2010 | 1284 | Broadview Security | Security | 59.85 |
| 8/16/2010 | 1285 | AARP | Membership | 16.00 |
| 8/31/2010 | 1286 | OCEA | Long Term Disability | 234.00 |
| 8/16/2010 | 1287 | SoCal Gas | Gas | 118.00 |
| 8/16/2010 | 1288 | St. Joseph Hospital | Medical | 75.00 |
| 8/23/2010 | 1289 | DMV | Fees | 49.00 |
| 8/18/2010 | 1290 | Think Physical Therapy | Physical Therapy | 50.00 |
| 8/16/2010 | 1291 | So Cal Edison | Electric | 326.60 |
| 8/20/2010 | 1292 | Riverside Medical | co-pay | 10.00 |
| 8/13/2010 | 1293 | Steve Mora, MD | medical | 60.00 |
| 8/16/2010 | 1294 | American General | Life Insurance | 98.05 |
| 8/16/2010 | 1295 | Traveler's | Homeowner's Insurance | 218.16 |
| 8/17/2010 | 1296 | Main St. Surgery | Medical | 50.00 |
| 8/18/2010 | 1297 | Best for Less | Pool | 75.00 |
| 8/17/2010 | 1298 | AT&T | Phone | 45.17 |
| 8/18/2010 | 1299 | AT&T U-verse | cable/dsl | 55.00 |
| 8/16/2010 | 1300 | Mema's Daycare | Daycare | 150.00 |
| 8/24/2010 | 1301 | Herf Jones | School Pictures | 24.00 |
| 8/24/2010 | 1302 | Mema's Daycare | Daycare | 150.00 |
| 8/24/2010 | 1303 | Walmart | Groceries-Household Supplies | 71.40 |
| 8/30/2010 | 1304 | Orange PTA | School spiritwear | 20.00 |
| 8/30/2010 | 1305 | Linda Crites | Transcription | 600.00 |
| 8/30/2010 | 1306 | Mema's Daycare | Daycare | 150.00 |
| 8/27/2010 | 1307 | OC Credit Union | Car payment | 181.00 |
| 8/30/2010 | 1308 | OC Credit Union | Car payment | 215.00 |
| 8/31/2010 | 1309 | Game Stop | Birthday - gift | 21.74 |

**TOTAL DISBURSEMENTS THIS PERIOD:**

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/31/2010 | 1310 | Albertsons | Groceries | 13.91 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | TOTAL DISBURSEMENTS THIS PERIOD: | 6,024.06 |
|---|---|---|

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/2/2010 | Debit | Subway | food | 22.89 |
| 8/2/2010 | Debit | KFC | food | 2.16 |
| 8/2/2010 | Debit | Sports Chalet | football pads | 55.41 |
| 8/2/2010 | Debit | Shogun Kitchen | food | 41.97 |
| 8/2/2010 | Debit | Big 5 | cleats | 63.02 |
| 8/2/2010 | Debit | Sports Chalet | mouth piece | 9.74 |
| 8/2/2010 | ATM | self | cash | 103.00 |
| 8/3/2010 | Debit | Juice it Up | food | 16.60 |
| 8/3/2010 | Debit | Shell | gas | 55.58 |
| 8/3/2010 | Debit | Sally Beauty | setting lotion | 4.67 |
| 8/3/2010 | Debit | Microsoft | Internet | 9.99 |
| 8/4/2010 | Debit | CBU | food | 32.49 |
| 8/4/2010 | Debit | Scoreboard Pizza | coaches' meeting/food | 27.80 |
| 8/4/2010 | ATM | self | cash | 42.00 |
| 8/5/2010 | Debit | Wendy's | food | 4.86 |
| 8/5/2010 | Debit | Chevron | gas | 25.25 |
| 8/6/2010 | Debit | iPhone | app | 1.99 |
| 8/6/2010 | ATM | self | cash | 303.00 |
| 8/9/2010 | Debit | Union 76 | gas | 52.26 |
| 8/9/2010 | Debit | Union 76 | gas | 51.69 |
| 8/9/2010 | Debit | Budget Car Care | car repairs | 524.61 |
| 8/9/2010 | Debit | Cool Cuts for Kids | haircut for son | 20.95 |
| 8/9/2010 | Debit | Chevron | gas | 38.02 |
| 8/9/2010 | ATM | self | cash | 102.50 |
| 8/10/2010 | Debit | Walgreen's | meds | 50.00 |
| 8/10/2010 | Debit | El Pollo Loco | food | 20.84 |
| 8/11/2010 | Debit | Red Box | movie rental | 1.09 |
| 8/11/2010 | Debit | Mc Donald's | food | 7.03 |
| 8/11/2010 | Debit | Costco | groceries-household supplies | 122.39 |
| 8/11/2010 | Debit | Target | school clothes/school supplies | 82.54 |
| 8/11/2010 | Debit | Direct TV | cable (cancelled) | 181.19 |
| 8/12/2010 | Debit | Kohl's | back-to-school clothes | 2.18 |
| 8/13/2010 | Debit | Artistic Checks | checks | 8.95 |
| 8/13/2000 | Debit | Rubio's | food | 37.19 |
| 8/13/2010 | Debit | Shell | gas | 47.58 |
| 8/13/2010 | Debit | Walgreen's | meds | 38.37 |
| 8/13/2010 | Debit | Red Box | movie rental | 2.18 |
| 8/13/2010 | Debit | self | cash | 182.50 |
| 8/16/2010 | Debit | Riverside 818 | Dr. Co-pay | 10.00 |
| 8/16/2010 | Debit | Albertson's | groceries-household supplies | 136.78 |
| 8/16/2010 | Debit | Shell | Gas | 55.01 |
| 8/16/2010 | Debit | Postal Express | FAX atty | 18.75 |

TOTAL DISBURSEMENTS THIS PERIOD: | Cont.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/16/2010 | debit | Shogun Kitchen | food | 55.58 |
| 8/16/2010 | debit | Seven-Eleven | Gatorade/Ice for football | 9.95 |
| 8/16/2010 | debit | Albertsons | groceries-household supplies | 31.44 |
| 8/16/2010 | debit | Sam's Club | groceries-household supplies | 130.52 |
| 8/19/2010 | debit | Viva .99 | household supplies | 22.35 |
| 8/19/2010 | debit | Chevron | gas | 47.02 |
| 8/19/2010 | ATM | self | cash | 63.00 |
| 8/20/2010 | debit | Child Nutrition | son's school lunch acct. | 21.35 |
| 8/20/2010 | debit | Circle K | Gatorade/Ice for football | 12.10 |
| 8/20/2010 | debit | Chevron | gas | 40.30 |
| 8/20/2010 | debit | Pepitos | food | 4.15 |
| 8/20/2010 | debit | Walmart | groceries-household supplies | 14.36 |
| 8/23/2010 | debit | El Pollo Loco | food | 26.26 |
| 8/23/2010 | debit | Circle K | Gatorade/Ice for football | 4.17 |
| 8/23/2010 | debit | So. Corona Petrole | gas | 9.52 |
| 8/23/2010 | debit | Sam's Club | groceries-household supplies | 364.45 |
| 8/23/2010 | debit | Regal Cinema | movies | 36.50 |
| 8/23/2010 | debit | Jack in the Box | food | 9.61 |
| 8/23/2010 | debit | Burger King | food | 19.31 |
| 8/23/2010 | debit | Chevron | gas | 49.01 |
| 8/23/2010 | debit | Shell | gas | 50.00 |
| 8/23/2010 | ATM | self | cash | 120.00 |
| 8/23/2010 | debit | Microsoft | X-Box Live for son | 19.99 |
| 8/23/2010 | debit | AOL | Internet | 4.99 |
| 8/24/2010 | debit | Juice it up | food | 8.30 |
| 8/24/2010 | debit | Golden Spoon | food | 18.00 |
| 8/25/2010 | debit | Riverside Medical | Doctor co-pay | 10.00 |
| 8/25/2010 | debit | Albertsons | groceries-household supplies | 19.01 |
| 8/26/2010 | debit | Sport's Chalet | football chin strap | 24.23 |
| 8/26/2010 | debit | Super King | fresh produce | 26.07 |
| 8/26/2010 | debit | Ralph's | groceries-household supplies | 17.38 |
| 8/27/2010 | debit | Circle K | Gatorade/Ice for football | 6.11 |
| 8/27/2010 | debit | Exxon Mobile | gas | 45.88 |
| 8/27/2010 | debit | Duke's | food | 7.50 |
| 8/27/2010 | debit | Chevron | gas | 57.00 |
| 8/27/2010 | ATM | self | cash | 42.50 |
| 8/27/2010 | debit | Seven-Eleven | Gatorade/Ice for football | 12.52 |
| 8/27/2010 | debit | Walmart | groceries-household supplies | 112.88 |
| 8/30/2010 | debit | Del Taco | food | 6.50 |
| 8/30/2010 | debit | Yoshinoya | food | 8.98 |
| 8/30/2010 | debit | Pepitos | food | 3.15 |
| 8/30/2010 | debit | McDonald's | food | 11.36 |

TOTAL DISBURSEMENTS THIS PERIOD: | cont.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/30/2010 | debit | Sam's Club | groceries-household supplies | 311.42 |
| 8/30/2010 | debit | Tom's Farm's | Pizza/drinks - birthday | 30.66 |
| 8/30/2010 | debit | Chevron | drinks/snack | 3.33 |
| 8/31/2010 | debit | Target | Household supplies | 38.74 |
| 8/31/2010 | debit | Chevron | gas | 40.00 |
| 8/31/2010 | atm | self | cash | 42.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL FOR CHECKS AND DEBIT | 4,684.97 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 10,709.03 |

# GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| n/a | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| n/a | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        | $0.00 |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| ASC -pd July for Aug | MO | 4802.26 | 0 | 4,802.26 |
| OCFCU | bi-weekly | 386 | | 386.00 |
| OCFCU | bi-weekly | 386 | | 386.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 5,574.26 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Traveler's | 5000000.00 | 6/10/2011 | 9/15/2011 |
| Worker's Compensation | | | | |
| Casualty | AIG | 5000000.00 | 7/1/2025 | |
| Vehicle | Mercury | 10,000-300,000 | 9/4/2010 | |
| Others: | | | | |

I.D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  | | |
|---|---|---|
| General Account: | | 2,776.93 |
| Payroll Account: | | |
| Tax Account: | | |
| *Other Accounts: | | |
| | | |
| | | |
| *Other Monies: | | |
| **Petty Cash (from below): | | 996.37 |

TOTAL CASH AVAILABLE:                                    3,773.30

Petty Cash Transactions:

| Date | Purpose | | Amount |
|---|---|---|---|
| 8/1/2010 | Juice it Up | Food | 12.45 |
| 8/1/2010 | Sam's Club | Ice/Water | 21.25 |
| 8/2/2010 | In-n-Out | food | 12.51 |
| 8/2/2010 | Magic Wok | food | 11.67 |
| 8/3/2010 | Mi Tortilla | food | 19.02 |
| 8/3/2010 | Juice it Up | Food | 12.45 |
| 8/3/2010 | Landscape | Fertilizer | 100.00 |
| 8/3/2010 | Burger King | food | 21.17 |
| 8/4/2010 | Golden Chopstick | Food | 30.41 |
| 8/4/2010 | Maiyabi Tei | food | 12.51 |
| 8/4/2010 | OCJAAF | coach's shirt | 20.00 |
| 8/5/2010 | Sam's Club | ice/water (case) | 24.00 |
| 8/5/2010 | Burger King | Food | 3.81 |
| 8/5/2010 | Sport's Chalet | Tape | 18.54 |
| 8/6/2010 | Orthodontist | braces | 154.00 |
| 8/6/2010 | Baker's | food | 15.95 |
| 8/6/2010 | Miguel Jr.'s | Food | 22.69 |
| 8/5/2010 | Seven-Eleven | Gatorade/ice | 6.26 |
| 8/5/2010 | OCJAAF | Training shirt | 20.00 |
| 8/6/2010 | OCJAAF | training fees | 60.00 |
| 8/6/2010 | McDonald's | Food | 26.00 |
| 8/6/2010 | OCUSC - coaching | Background check | 75.00 |

TOTAL PETTY CASH TRANSACTIONS:                          Cont.

I.D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 2,776.93 |
| Payroll Account: |  |
| Tax Account: |  |
| *Other Accounts: |  |
|  |  |
| *Other Monies: |  |
| **Petty Cash (from below): | 996.37 |

## TOTAL CASH AVAILABLE:                                    3,773.30

Petty Cash Transactions:

| Date | Purpose | | Amount |
|---|---|---|---|
| 8/10/2010 | Kohl's | backpack | 35.20 |
| 8/11/2010 | Baker's | food | 14.86 |
| 8/12/2010 | Krispy Kreme | donut | 1.09 |
| 8/14/2010 | Ralph's | groceries | 12.70 |
| 8/14/2010 | Juice it Up | food | 12.45 |
| 8/16/2010 | Jack in the Box | food | 1.09 |
| 8/14/2010 | Panther's football | raffle ticket | 15.00 |
| 8/16/2010 | Jack in the Box | food | 1.49 |
| 8/16/2010 | Border's | coffee/snack | 7.00 |
| 8/17/2010 | Mo's Teriyaki | food | 21.06 |
| 8/18/2010 | Taco Bell | food | 2.51 |
| 8/18/2010 | .99 Store | household/school | 22.35 |
| 8/20/2010 | Farmer Boys | food | 6.60 |
| 8/21/2010 | Tommy's | food | 10.06 |
| 8/22/2010 | Burker King | food | 19.31 |
| 8/22/2010 | Dollar Tree | misc. | 4.35 |
| 8/25/2010 | Taco Bell | food | 5.43 |
| 8/23/2010 | Regal Cinema | food | 25.00 |
| 8/25/2010 | In-n-out | food | 14.63 |
| 8/25/2010 | Football | game fees/snacks | 40.00 |
| 8/26/2010 | Duke's | food | 15.30 |
| 8/28/2010 | Jack in the Box | food | 9.20 |

## TOTAL PETTY CASH TRANSACTIONS:                            996.37

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 10-Jul-2010 | 325.00 | 325.00 | 28-Jul-2010 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

09/21/2010  11:56     7149357963                                    PAGE  02/02

## XI.  QUESTIONNAIRE

|    |                                                                                                                                                                                       | No | Yes |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:                              | x  |     |

|    |                                                                                                                                                                                       | No | Yes |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x  |     |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Bundled up cable/phone/DSL, took son out of private school/reducing lifestyle expenses

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|    |                                                                                                                                                                                       | No | Yes |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.                 | x  |     |

I,  Don Willis and Sharon Willis
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____            _____
Date                                          Page 8 of 8                    Principal for debtor-in-possession